CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14843
STEPHANIE IHLER
Assistant United States Attorney
501 Las Vegas Boulevard So., Suite 1100
Las Vegas, Nevada  89101
702-388-6223 (phone)
702-388-5087 (fax)
Stephanie.ihler@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00227-RFB-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING** |
| v. | (First Request) |
| VICTOR GARCIA, | |
| DEFENDANT. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Stephanie Ihler, Assistant United States Attorney, counsel for the United States of America, and K. Ryan Helmick, counsel for Victor Garcia, that the change of plea hearing currently scheduled on November 23, 2021, be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

///

///

///

This Stipulation is entered into for the following reasons:

1. Government Counsel will be out of state on November 23, 2021, and unavailable due to a scheduling conflict.

2. The parties agree to this continuance.

3. The defendant is not in custody and agrees with the need for the continuance.

4. This is the first request for a continuance of the change of plea hearing.

DATED this 17th day of November, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

By /s/ *Stephanie Ihler*
STEPHANIE IHLER
Assistant United States Attorney

/s/ *K. Ryan Helmick*
K. RYAN HELMICK, ESQ
Counsel for Defendant
Victor Garcia

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00227-RFB-VCF |
| Plaintiff, | |
| v. | **ORDER** |
| VICTOR GARCIA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for November 23, 2021 at 11:00 AM, be vacated and continued to ___January 4___, 202_2_ at the hour of __1__:_00_ _p_.m..

DATED this _18th_ day of November, 2021.

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3