# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19CR00227-001 |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE SENTENCING |
| VICTOR GARCIA, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Kenneth Nicholas Portz, Assistant United States Attorney, counsel for the United States of America, and Kirk Ryan Helmick, counsel for defendant VICTOR GARCIA, that the sentencing in the above-captioned matter, currently scheduled for May 5, 2022, at the hour of 11:45 a.m., be vacated and continued for 7 days or to a date and time convenient to the Court.

This stipulation is entered into for the following reasons:

1. Defense counsel has a preliminary hearing in Las Vegas Justice Court for the same date that will last all day and has already been continued multiple times. Also, it is a firm setting.

2. Defendant is out of custody.

3. Denial of this request for continuance could result in a miscarriage of justice.

1

4.  This is the first request for a continuance on this matter.

DATED this 4 day of May, 2022.

                                                            Respectfully submitted,

                                                            KIRK RYAN HELMICK
                                                            Counsel for Defendant

| /s/ Kirk Ryan Helmick | /s/ Kenneth Nicholas Portz |
|---|---|
| Kirk Ryan Helmick<br>Counsel for defendant<br>**VICTOR GARCIA** | Kenneth Nicholas Portz<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:19CR00227-001 |
| Plaintiff, | |
| vs. | ORDER CONTINUING SENTENCING |
| VICTOR GARCIA, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

IT IS HEREBY ORDERED that the sentencing hearing trial in the above-captioned matter currently scheduled for May 5, 2022, at the hour of 11:45 a.m., be vacated and continued to __Thursday, May 12,___ _____, 2022, at the hour of _9:00_ a.m.

DATED this ___4th_____day of May, 2022

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3